E-FILED: 01.26.10
JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH R. BANISTER,<br><br>    Petitioner,<br><br>    vs.<br><br>UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, and JOSEPH CHAPPEL, IRS Internal Revenue Agent,<br><br>    Respondents. | CASE NO. CV 09-00172 MMM (JWJx)<br><br>JUDGMENT |

Defendants filed a motion to dismiss Joseph R. Banister's petition to quash IRS summonses, which the court converted to a motion for summary judgment. After advising petitioner that it had elected to convert the motion and affording him an opportunity to submit evidence, the court granted the motion in part and denied it in part on January 26, 2010. As respects certain aspects of defendants' motion, the court *sua sponte* entered summary judgment in Banister's favor. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That Joseph R. Banister's petition to quash IRS summonses issued to Allicance Credit

Union, Washington Mutual Bank and Bank of America is granted and those summonses are quashed. This aspect of the court's judgment is without prejudice to Banister's right to file a petition to quash the summons issued to Alliance Credit Union in the proper judicial district, and without prejudice to the IRS's ability to seek records not already in its possession from Washington Mutual Bank and Bank of America via properly tailored summonses;

    2. That Joseph R. Banister's petition to quash IRS summonses issued to Downey, GMAC and Wells Fargo is denied, with the result that the IRS may enforce those summonses; and

    3. That the petition against the Internal Revenue Service and Joseph Chappell is dismissed for lack of subject matter jurisdiciton.

DATED: January 26, 2010

                                MARGARET M. MORROW
                                UNITED STATES DISTRICT JUDGE